Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ROBYN L. OLSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN L. OLSON, | Case No.: 2:13-cv-01038-AC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1  Based upon the stipulation of the parties, and for cause shown,

2      IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to

3  and include November 19, 2013, in which to file Plaintiff's Motion for Summary

4  Judgment ; and that all other deadlines set forth in the May 29, 2013 Case

5  Management Order shall be extended accordingly.  IT IS SO ORDERED.

DATE: November 12, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE